IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BERNIDENE DAVIS, | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | CIVIL NO. AMD 04-2649 |
| | : | |
| POLY-SEAL-BERRY PLASTICS, | : | |
|     Defendant | : | |

...o0o...

MEMORANDUM OPINION

Plaintiff, Bernidene Davis, filed this employment discrimination action by counsel. Discovery has concluded and defendant has filed an unopposed motion for summary judgment, which has been carefully reviewed. It is plain that defendant is entitled to judgment as a matter of law. *See* Fed.R.Civ.P. 56. Accordingly, the motion for summary judgment shall be granted. An order follows.

Filed: September 23, 2005            __/s/_____
                                                             ANDRE M. DAVIS
                                                             United States District Judge